IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00089-ZLW-MEH

MITCHELL S. EANES,

    Plaintiff,

v.

GAIL C. KEYES,

    Defendant.

---

ORDER

---

    It is ORDERED that Plaintiff's Unopposed Motion To Amend Complaint To Add Party (Doc. No. 19) is granted. It is

    FURTHER ORDERED that Plaintiff shall file his Amended Complaint on or before July 7, 2008.

    DATED at Denver, Colorado, this __23rd__ day of June, 2008.

                                      BY THE COURT:

                                      *Zita L. Weinshienk*
                                      ZITA L. WEINSHIENK, Senior Judge
                                      United States District Court