IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00089-ZLW-MEH

MITCHELL S. EANES,

    Plaintiff,

v.

GAIL C. KEYES and STEVEN PETERSCHMIDT,

    Defendants.

---

ORDER OF DISMISSAL

---

Pursuant to and in accordance with Plaintiff's Notice Of Dismissal Of Claims Against Defendant Steven Peterschmidt (Doc. #24), it is

ORDERED that the Amended Complaint and cause of action are dismissed without prejudice against Defendant Steven Peterschmidt only, the parties to pay their own costs and attorney's fees.

IT IS FURTHER ORDERED that this action will proceed against Defendant Gail C. Keyes.

DATED at Denver, Colorado, this   22nd   day of July, 2008.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court