IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 08-cv-00089-ZLW-MEH

MITCHELL S. EANES,

    Plaintiff,

v.

GAIL C. KEYES and STEVEN PETERSCHMIDT,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Amended Stipulation For Dismissal Of Defendant Keyes With Prejudice (Doc. #27), it is

ORDERED that the Amended Complaint and cause of action are dismissed with prejudice against Defendant Gail C. Keyes, the parties to pay their own costs and attorney's fees. The Court notes that Defendant Steven Peterschmidt was dismissed on July 22, 2008 (See Doc. No. 25).

IT IS FURTHER ORDERED that this action is closed on the Court's docket, both Defendants now having been dismissed.

DATED at Denver, Colorado, this   6th   day of August, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court